UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT HERNANDEZ ROBLES, JR., ) | CASE NO. ED CV 14-1927-R (PJW) |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| SUPREME COURT OF THE UNITED ) STATES, ) | |
| Respondent. ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED:   September 22, 2014.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\1927Judgment.wpd